HP

HESKIN & PROPER, PLLC
641 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone 407-403-5990

Shane R. Heskin, Esquire
Shane@heskinproper.com

Justin E. Proper, Esquire
Justin@heskinproper.com

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Plaintiff's request is GRANTED. The initial pretrial conference previously scheduled for August 25, 2026 at 11:00 a.m. is ADJOURNED. The parties shall appear for an initial pretrial conference on **September 24, 2026** at **3:00 p.m.**

Dated: August 25, 2026
New York, New York

August 24, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York

**RE:** *B and B Enterprises B Grider Agency v. Zadeh Capital, LLC, et al.*, No. 1:26-cv-03763-JLR
Plaintiffs' Request for a 30-Day Adjournment of the Initial Pretrial Conference

Dear Judge Rochon:

We represent Plaintiffs in the above-captioned action. In response to the Court's August 24, 2026 Order (ECF No. 9), Plaintiffs respectfully request that the Initial Pretrial Conference scheduled for August 25, 2026 at 11:00 a.m. be adjourned for thirty days, to September 24, 2026, or to the first date thereafter convenient for the Court. Plaintiffs apologize for not alerting the Court sooner.

Good cause exists because none of the Defendants has appeared, and no attorney for any Defendant has contacted Plaintiffs' counsel. Accordingly, Plaintiffs cannot at this time confer with Defendants, state their position on this request, or prepare the joint letter and proposed Civil Case Management Plan and Scheduling Order required by Individual Rule 2.D.

The docket reflects that Zadeh Capital, LLC and Powercap Funding, Inc. were each served on May 18, 2026, and their answers or other responses were due June 8, 2026 (ECF Nos. 7 and 6, respectively). Joseph Hayon was served on July 31, 2026, and his answer or other response was due August 21, 2026 (ECF No. 8). Those deadlines have passed, but no Defendant has appeared or communicated with Plaintiffs' counsel. We are hopeful that the more recent service on Defendant Hayon will trigger a response by all remaining defendants.

The requested thirty-day adjournment would allow Defendants an additional opportunity to appear, without waiving Plaintiffs' rights arising from the missed response deadlines, permit counsel to meet and confer, and enable the parties to prepare the required joint submission. Plaintiffs also respectfully request that the deadline for the joint letter and proposed case-management plan be reset to ten calendar days before the adjourned conference, consistent with Individual Rule 2.D.

For these reasons, Plaintiffs respectfully request that the August 25, 2026 Initial Pretrial Conference be adjourned for thirty days, to September 24, 2026, or to a date thereafter convenient for the Court.

Respectfully submitted,
**HESKIN & PROPER, PLLC**

Shane R. Heskin
*Counsel for Plaintiffs*