Plaintiffs' request is GRANTED. The Initial Pretrial Conference previously scheduled for September 24, 2026, at 3:00 p.m. is ADJOURNED until **October 27, 2026**, at **3:00 p.m.**

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 13.

Dated: September 21, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

HP

HESKIN & PROPER, PLLC
641 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone 407-403-5990

Shane R. Heskin, Esquire
Shane@heskinproper.com

Justin E. Proper, Esquire
Justin@heskinproper.com

September 21, 2026

***VIA ECF***

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
*RE: B and B Enterprises B Grider Agency v. Zadeh Capital, LLC, et al.,* No. 1:26-cv-03763-JLR
Plaintiffs' Request for a Second 30-Day Adjournment of the Initial Pretrial Conference

Dear Judge Rochon:

We represent Plaintiffs in the above-captioned action. Pursuant to the Court's August 25, 2026 Order (ECF No. 11), Plaintiffs respectfully request a second adjournment of the Initial Pretrial Conference, currently scheduled for September 24, 2026, at 3:00 p.m., for thirty days, to October 26, 2026, or the first date thereafter convenient for the Court.

Good cause exists for the requested adjournment because, since the prior adjournment, the parties have engaged in settlement discussions. The additional time will provide the parties with an opportunity to continue those discussions and potentially resolve this matter without the need for further proceedings.

For these reasons, Plaintiffs respectfully request that the September 24, 2026, Initial Pretrial Conference be adjourned for thirty days, to October 26, 2026, or to the first date thereafter convenient for the Court.

Respectfully submitted,
**HESKIN & PROPER, PLLC**

Shane R. Heskin

Shane R. Heskin
*Counsel for Plaintiffs*