UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B AND B ENTERPRISES B GRIDER AGENCY,

Plaintiff,

-against-

ZADEH CAPITAL, LLC; POWERCAP FUNDING, INC.; BRIDGESIDE FUNDING; FRANK GALLO; and JOSEPHY HAYON,

Defendants.

Case No. 26-cv-03763 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff is HEREBY ORDERED to file proof of service as to Defendant Bridgeside Funding and Defendant Frank Gallo by **November 2, 2026.** Failure to provide proof of service will result in the dismissal of those Defendants pursuant to Federal Rule of Civil Procedure 4(m).

It is FURTHER ORDERED that Defendants Powercap Funding, Inc., Zadeh Capital LLC, and Joseph Hayon shall file contact information or enter a notice of appearance by **October 28, 2026** in connection with the Court's referral for mediation to the Court-annexed Mediation Program. *See* Dkt. 17.

Dated: October 26, 2026
New York, New York

SO ORDERED

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge