UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B AND B ENTERPRISES B GRIDER AGENCY,<br>Plaintiff,<br><br>-against-<br><br>ZADEH CAPITAL, LLC; POWERCAP FUNDING, INC.; BRIDGESIDE FUNDING; FRANK GALLO; and JOSEPH HAYON,<br>Defendants. | 26-cv-03763 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

This case has been assigned to me for all purposes. The Complaint was filed on May 6, 2026, Dkt. 1, and a summons was issued on May 7, 2026, Dkt. 4. The docket reflects that the summons and Complaint were never served on Defendants Bridgeside Funding and Frank Gallo. On October 26, 2026, the Court ordered Plaintiff to file proof of service for these Defendants and informed it that failure to do so will result in dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Dkt. 18. On October 29, 2026, Plaintiff informed the Court that it has been unable to locate Bridgeside Funding and is unable to confirm the identity of any individual by the name Frank Gallo associated with Bridgeside Funding. Dkt. 19. Plaintiff did not request additional time to serve the Defendants and did not oppose dismissal under Rule 4(m).

It is HEREBY ORDERED that Defendants Bridgeside Funding and Frank Gallo are DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully directed to terminate Defendants Bridgeside Funding and Frank Gallo.

Dated: October 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge